JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: tamer.botros@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS ANTONIO MARTINEZ ROMERO and LUIS GIOVANNI MARTINEZ GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA, and JOHN DOES 1 through XX, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02070-JCM-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs and Defendant, through their undersigned counsel, stipulate that this action shall be dismissed with prejudice, each party to bear its own costs and attorney's fees.

//

//

//

//

//

Respectfully submitted this 5th day of December 2024.

| | |
|---|---|
| REZA ATHARI, MILLS & FINK PLLC | JASON M. FRIERSON<br>United States Attorney |
| */s/ Gary Fink*<br>GARY FINK<br>*Attorneys for Plaintiff* | */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>*Assistant United States Attorney*<br>*Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 11, 2024

2